# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

In Re: <u>Karie A. Simmons.</u>　　　　　　Case No.: 22-10270-CMA
Debtor　　　　　　　　　　　　　　　　Chapter 13

### [AMENDED] VERIFICATION OF CREDITOR MATRIX

The above-named Debtor, Karie A. Simmons, Debtor in Pro Se, do hereby certify under penalty of perjury, that the attached [Amended] Master Mailing List, consisting of 1 sheet, and to my knowledge, is correct and consistent with the Debtor's schedules pursuant to the Local Bankruptcy Rules, and I assume all responsibility for errors and omissions.

Dated 2/24/22　　　　　　　　By _Karie A Simmons_
　　　　　　　　　　　　　　　　　Karie A. Simmons.

1

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

In Re:  **Karie A. Simmons.**　　　　　　　　　Case No.: 22-10270-CMA
　　　　　Debtor　　　　　　　　　　　　　　　　Chapter 13

## [AMENDED] VERIFICATION OF CREDITOR MATRIX

The above-named Debtor, Karie A. Simmons, Debtor in Pro Se, do hereby certify under penalty of perjury, that the attached [Amended] Master Mailing List, consisting of 1 sheet, and to my knowledge, is correct and consistent with the Debtor's schedules pursuant to the Local Bankruptcy Rules, and I assume all responsibility for errors and omissions.

Dated_____　　　　　　By_____
　　　　　　　　　　　　　　　　　　　　　　　　Karie A. Simmons.

1

**[AMENDED] MASTER MAILING LIST**

HSBC Bank USA
452 5th Ave
New York, NY 10018

HSBC Bank USA
c/o Tom B. Pierce
ZBS Law, LLP
11335 NE 122nd Way, Ste 105
Kirkland, WA 98034

PHH Mortgage Corporation
P.O. Box 5452
Mt. Laurel, NJ 08054-5452

Wells Fargo Bank
625 Marquette Ave
Minneapolis, MN 55479