To whom It may Concern,

I Would Like to **request a Notice of appearance** for my April 4th C341a Meeting with Trustee Jason -Wilson Aguilar at 8:30 am ( Time is of the Essence )

I have called and reached out on Jason's number as well as tried to get information from the Court house as to what form this is... or How I go about making a respectful request.

I have not had any luck.... Can someone please assist me?

I would like to have **Larry Braden on the call. His Cell phone is 813-760-6806**

**His Email address is Larry@Charterbb.com**

He knows my situation very well

He is a credible person and a key witness to everything I have gone through. He used to be the CFO for Paul Allen at Vulcan ~ He has agreed to be available to help with any explaining and additional questions.

I Am also actively seeking an attorney that is qualified to join in and assist with this case

Thank you in advance for your Grace and patience

Warmest Regards,

Karie Simmons

425-780-1585

FILED
Western District of Washington
at Seattle

MAR 22 2022

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT