# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: Karie A Simmons  
DEBTOR 2 NAME:

CASE NUMBER: 2210270-PL652-1649687933473.pdf

I    Robert J Wallace, Jr.    certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on   4/12/2022   :

By First Class Mail :

Karie A Simmons,11127 NE 162nd St,Bothell WA 98011

Via ECF on the date the pleading was filed:  
Debtor's Attorney

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date :   4/12/2022      Signature :   *Robert J. Wallace, Jr.*

Premium Graphics, Inc.  
2099 Thomas Road Suite 10  
Memphis, TN 38104

Judge: Christopher M. Alston
Chapter: 13

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>KARIE A SIMMONS,<br><br><br>Debtor. | IN CHAPTER 13 PROCEEDING<br>NO. 22-10270-CMA<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS |

PLEASE TAKE NOTICE that the **Meeting of Creditors** is CONTINUED to:

Date: **May 02, 2022**

Time: **8:30 am**

THE MEETING shall be conducted by telephone:

Conference Line: **1-866-880-5064**

Participant Code: **6951575**

IF THE DEBTOR FAILS TO APPEAR AT THE CONTINUED MEETING, THE CHAPTER 13 TRUSTEE MAY APPLY FOR AN ORDER DISMISSING THIS CASE WITHOUT FURTHER NOTICE pursuant to Local Bankruptcy Rule 1017-1(e) and the United States Bankruptcy Court's Notice of Chapter 13 Bankruptcy Case.

Dated: April 11, 2022

/s/ *Jason Wilson-Aguilar*
Jason Wilson-Aguilar, WSBA #33582
Chapter 13 Trustee

NOTICE OF CONTINUED MEETING OF CREDITORS

Jason Wilson-Aguilar
Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124