Judge: Christopher M. Alston
Chapter: 13

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

KARIE A SIMMONS,

Debtor.

IN CHAPTER 13 PROCEEDING
NO. 22-10270-CMA

NOTICE OF CONTINUED MEETING OF CREDITORS

PLEASE TAKE NOTICE that the **Meeting of Creditors** is CONTINUED to:

Date: **May 23, 2022**

Time: **8:30 am**

THE MEETING shall be conducted by telephone:

Conference Line: **1-866-880-5064**

Participant Code: **6951575**

IF THE DEBTOR FAILS TO APPEAR AT THE CONTINUED MEETING, THE CHAPTER 13 TRUSTEE MAY APPLY FOR AN ORDER DISMISSING THIS CASE WITHOUT FURTHER NOTICE pursuant to Local Bankruptcy Rule 1017-1(e) and the United States Bankruptcy Court's Notice of Chapter 13 Bankruptcy Case.

Dated: May 02, 2022

/s/ *Jason Wilson-Aguilar*
Jason Wilson-Aguilar, WSBA #33582
Chapter 13 Trustee

NOTICE OF CONTINUED MEETING OF CREDITORS

Jason Wilson-Aguilar
Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124