IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

KARIE A SIMMONS,

        Debtor(s).

IN CHAPTER 13 PROCEEDING
NO. 22-10270-CMA

ORDER DENYING CONFIRMATION

THIS MATTER came before the Court on the Chapter 13 Trustee's Objection to Confirmation (ECF No. 29). For the reasons stated by the Court at the May 12, 2022 hearing, it is

ORDERED that:

(1)    Confirmation of the debtor's plan (ECF No. 16) and amended plans (ECF Nos. 17 and 20) is denied;

(2)    By May 26, 2022, the debtor shall file a feasible amended chapter 13 plan;

(3)    By May 26, 2022, the debtor shall serve the amended plan on all creditors (mail that amended plan to all creditors) along with a notice filed with the Court that:

    (a)    The U.S. Bankruptcy Court will hold a hearing to consider confirmation of that amended plan on June 23, 2022 at 9:30 a.m. at 700 Stewart Street, Courtroom No. 7206, Seattle, Washington; and

    (b)    Any party that objects to the amended plan shall file an objection by June 16, 2022;

ORDER DENYING CONFIRMATION - 1

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282

(4) By May 26, 2022, the debtor shall file a statement (proof of service) with the Court that the debtor served the amended plan and notice on all creditors pursuant to Paragraph 3 of this order. The debtor's statement shall include the full names and addresses of the creditors to whom the debtor mailed the amended plan and notice;

(5) This order is without prejudice to the Trustee's Motion to Dismiss Case (ECF No. 28), which shall be heard on the Court's May 26, 2022 calendar; and

(6) The Clerk's Office shall send a copy of this order to the debtor via the BNC.

/ / /End of Order/ / /

Presented by:

*/s/ Jason Wilson-Aguilar*
JASON WILSON-AGUILAR, WSBA #33582
Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124

ORDER DENYING CONFIRMATION - 2

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282

Case 22-10270-CMA    Doc 38    Filed 05/12/22    Ent. 05/12/22 15:02:02    Pg. 2 of 2