FILED
Western District of Washington
at Seattle

MAY 13 2022

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

22-10270

5/12/22

Dear Judge Alston,

Thank you for being Kind and handling Our Hearing today with such professionalism —

I Know My Case is Way Out of the Ordinary. I Want the "right" thing to be Done, As I continue to fight, I pray I can Come accross More Ethical Men like yourself — All the Best — Karie Simmons