Entered on Docket May 27, 2022

**Below is the Order of the Court.**



_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>KARIE A SIMMONS,<br><br>　　　　Debtor. | IN CHAPTER 13 PROCEEDING<br>NO. 22-10270-CMA<br><br>ORDER DISMISSING CASE |

THIS MATTER having come before the Court upon the Chapter 13 Trustee's motion to dismiss case, based on the reasons stated by the Court at the May 26, 2022 hearing it is

ORDERED that this case is dismissed.

/ / /End of Order/ / /

Presented by:

*/s/ Jason Wilson-Aguilar*
JASON WILSON-AGUILAR, WSBA #33582
Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124

ORDER DISMISSING CASE - 1

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282

Case 22-10270-CMA    Doc 52    Filed 05/27/22    Ent. 05/27/22 12:40:07    Pg. 1 of 1